IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BLAINE KOBY GHOLSON, | ) | |
| | ) | |
| Plaintiff, | ) | 3:19-cv-175 |
| | ) | |
| v. | ) | District Judge Arthur J. Schwab |
| | ) | Magistrate Judge Patricia L. Dodge |
| | ) | |
| BARRY R. SMITH, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM ORDER**

Plaintiff, Blaine Koby Gholson, is a Pennsylvania prisoner who is currently housed at SCI Houtzdale. The above-captioned action was referred to a United States Magistrate Judge for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and the Local Rules of Court.

On May 8, 2020, the Magistrate Judge filed a Report and Recommendation (ECF No. 15) recommending that this action be dismissed for failure to prosecute because Plaintiff failed to accept mail from the Court, failed to comply with Court orders, and stopped communicating with the Court altogether.

The Report and Recommendation was mailed to Plaintiff at his address of record. His objections to it were due by May 26, 2020. He did not file any objections.

Accordingly, after *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation, the following ORDER is entered:

AND NOW, this 3rd day of June, 2020,

IT IS HEREBY ORDERED that this civil action is dismissed with prejudice for Plaintiff's failure to prosecute;

IT IS FURTHER ORDERED that the Report and Recommendation (ECF No. 15), filed by the Magistrate Judge on May 8, 2020 is adopted as the Opinion of the Court.

The Clerk of Court shall mark this civil action CLOSED.

BY THE COURT:

s/Arthur J. Schwab
Arthur J. Schwab
United States District Judge

cc: All Registered ECF Counsel and
via first-class mail to Plaintiff at his
address of record